IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| **JOHN KHIO,** | ) | No. 17 B 01791 |
| **ROZA KHIO,** | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on December 28, 2017, by First Class U.S. Mail to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                        BY:/s/ Gina B. Krol
                                                    Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-01791<br>Northern District of Illinois<br>Chicago<br>Thu Dec 28 13:30:46 CST 2017 | BMW Financial Services NA, LLC<br>P.O. BOX 165028<br>IRVING, TX 75016-5028 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Alphera Financial Serv<br>P.O. Box 3608<br>Dublin, OH 43016-0306 | (p)CCO MORTGAGE CORP<br>10561 TELEGRAPH RD<br>GLEN ALLEN VA 23059-4577 | Chase Card<br>Attn: Correspondence<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63179-0040 | Comenity Bank/Value City Furniture<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181-8011 |
| Ditech Financial<br>Attn Bankruptcy<br>PO Box 6172<br>Rapid City, SD 57709-6172 | DuPage County Homeownership Center<br>1600 E Roosevelt Rd.<br>Wheaton, IL 60187-6808 | Hsbc Bank Usa, Na<br>Po Box 2013<br>Buffalo, NY 14240-2013 |
| Ocwen Loan Servicing<br>Attn Research Dept<br>1661 Worthington Rd. Ste 100<br>West Palm Beach, FL 33409-6493 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | John Khio<br>231 Millcreek Ln.<br>Bloomingdale, IL 60108-1907 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Rayed Yasin<br>VLO, P.C<br>3818 S Harlem Avenue<br>Berwyn, IL 60534 | Roza Khio<br>231 Millcreek Ln.<br>Bloomingdale, IL 60108-1907 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CCO Mortgage Corp.<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 | Toyota Motor credit Corp<br>Po Box 8026<br>Cedar Rapids, IA 52408 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO 63166-0108 |
| (d)US Bank/Rms CC<br>Card Member Services<br>Po Box 108<br>St Louis, MO 63166 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Urban Asset Recovery

(d)BMW Financial Services NA, LLC
P.O. Box 165028
Irving, TX 75016-5028

(u)Alford Elliott

(u)Vincent Robertelli

End of Label Matrix
Mailable recipients    19
Bypassed recipients     4
Total                  23