# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KHIO, JOHN | § | Case No. 17-01791 JSB |
| KHIO, ROZA | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 12,515.00                    Assets Exempt: 6,735.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,686.00    Claims Discharged
                                                Without Payment:  180,221.00

Total Expenses of Administration:  11,370.35

---

3) Total gross receipts of $ 29,502.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 13,446.28 (see **Exhibit 2**), yielded net receipts of $ 16,056.35 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 26,736.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,370.35 | 11,370.35 | 11,370.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 180,221.00 | 4,648.30 | 4,648.30 | 4,686.00 |
| **TOTAL DISBURSEMENTS** | $ 206,957.00 | $ 16,018.65 | $ 16,018.65 | $ 16,056.35 |

4) This case was originally filed under chapter 7 on 01/20/2017 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2018            By: /s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FORECLOSURE SUPRLUS FUNDS | 1229-000 | 29,502.63 |
| **TOTAL GROSS RECEIPTS** | | **$29,502.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN KHIO | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 13,446.28 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 13,446.28** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alphera Financial Serv P.O. Box 3608 Dublin, OH 43016 | | 26,206.00 | NA | NA | 0.00 |
| | Toyota Motor credit Corp Po Box 8026 Cedar Rapids, IA 52408 | | 530.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 26,736.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,355.64 | 2,355.64 | 2,355.64 |
| ASSOCIATED BANK | 2600-000 | NA | 179.55 | 179.55 | 179.55 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| GIAGNORIO & ROBERTELLI | 3210-600 | NA | 990.00 | 990.00 | 990.00 |
| GIAGNORIO & ROBERTELLI | 3220-610 | NA | 209.50 | 209.50 | 209.50 |
| ALFORD ELLLIOTT | 3991-000 | NA | 7,375.66 | 7,375.66 | 7,375.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,370.35 | $ 11,370.35 | $ 11,370.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CCO Mortgage Corp. 10561 Telegraph Rd Glen Allen, VA 23059 | | 39,985.00 | NA | NA | 0.00 |
| | Chase Card Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 3,755.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Citicorp Cr Srvs/Centralized Bankruptcy Po Box 790040 S Louis, MO 63129 | | 1,923.00 | NA | NA | 0.00 |
| | Comenity Bank/Value City Furniture Po Box 182125 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit First/CFNA Bk13 Credit Operations Po Box 818011 Cleveland, OH 44181 | | 733.00 | NA | NA | 0.00 |
| | Ditech Financial Attn Bankruptcy PO Box 6172 Rapid City, SD 57709 | | 94,300.00 | NA | NA | 0.00 |
| | DuPage County Homeownership Center 1600 E Roosevelt Rd. Wheaton, IL 60187 | | 30,000.00 | NA | NA | 0.00 |
| | Hsbc Bank Usa, Na Po Box 2013 Buffalo, NY 14240 | | 5,525.00 | NA | NA | 0.00 |
| | US Bank/Rms CC Card Member Services Po Box 108 St Louis, MO 63166 | | 4,000.00 | NA | NA | 0.00 |
| 000001 | CREDIT FIRST/CFNA | 7100-900 | NA | 776.67 | 776.67 | 776.67 |
| 000002 | U.S. BANK NATIONAL ASSOCIATION | 7100-900 | NA | 3,871.63 | 3,871.63 | 3,871.63 |
| | CREDIT FIRST/CFNA | 7990-000 | NA | NA | NA | 6.30 |
| | U.S. BANK NATIONAL ASSOCIATION | 7990-000 | NA | NA | NA | 31.40 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 180,221.00 | $ 4,648.30 | $ 4,648.30 | $ 4,686.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 17-01791 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | KHIO, JOHN | | | Date Filed (f) or Converted (c): | 01/20/17 (f) |
| | KHIO, ROZA | | | 341(a) Meeting Date: | 02/21/17 |
| For Period Ending: | 03/19/18 | | | Claims Bar Date: | 09/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 Chevrolet Suburban mileage: 150000 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 2. 2000 Honda Accord mileage: 160000 | 300.00 | 0.00 | | 0.00 | FA |
| 3. 2008 Toyota Corolla mileage: 115000 | 1,500.00 | 265.00 | | 0.00 | FA |
| 4. General Items of Household Goods and Furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 5. General Items of Wearing Apparel | 250.00 | 250.00 | | 0.00 | FA |
| 6. BMO Harris Bank 0210 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. BMO Harris | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. FORECLOSURE SUPRLUS FUNDS (u) | 29,502.63 | 29,502.63 | | 29,502.63 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $48,752.63 | $42,017.63 | | $29,502.63 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reviewing claims and will file TFR
October 12, 2017, 12:33 pm

Trustee reopened case on 5/26/17 to pursue foreclosure surplus funds; special counsel and asset recovery broker are
being employed June 08, 2017, 09:24 am

Initial Projected Date of Final Report (TFR): 12/31/17    Current Projected Date of Final Report (TFR): 12/31/17

/s/    GINA B. KROL
_____    Date: 03/19/18

LFORM1    Ver: 20.00g
**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 17-01791    JSB    Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: | KHIO, JOHN | Date Filed (f) or Converted (c): 01/20/17 (f) |
| | KHIO, ROZA | 341(a) Meeting Date: 02/21/17 |
| | | Claims Bar Date: 09/08/17 |

GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-01791 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KHIO, JOHN | | Bank Name: | ASSOCIATED BANK |
| | KHIO, ROZA | | Account Number / CD #: | *******8036 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3747 | | | |
| For Period Ending: | 03/19/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/17 | 8 | DUPAGE COUNTY SHERIFF CHANCERY SURPLUS TRUST 501 N COUNTY FARM ROAD WHEATON, IL 60187 | | 1229-000 | 29,502.63 | | 29,502.63 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.22 | 29,481.41 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.83 | 29,437.58 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.77 | 29,393.81 |
| 09/13/17 | 030001 | Alford Ellliott Urban Asset Recovery 2510 E. 83rd Street Chicago, IL 60617 | Recovery Fee per Court Order | 3991-000 | | 7,375.66 | 22,018.15 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.05 | 21,980.10 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.68 | 21,947.42 |
| 01/18/18 | 030002 | Gina B. Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution Trustee's Fees | 2100-000 | | 2,355.64 | 19,591.78 |
| 01/18/18 | 030003 | Clerk of US Bankruptcy Court 219 S. Dearborn Street 7th Floor Chicago, IL 60602 | Final Distribution Reopening Fee | 2700-000 | | 260.00 | 19,331.78 |
| * 01/18/18 | 030004 | Giagnorio & Robertelli 130 S. Bloomingdale Rd. Bloomingdale, IL 60108 | Final Distribution Attorneys' Fees | 3210-603 | | 990.00 | 18,341.78 |
| 01/18/18 | 030005 | Giagnorio & Robertelli 130 S. Bloomingdale Rd. Bloomingdale, IL 60108 | Final Distribution Attorneys' Expenses | 3220-610 | | 209.50 | 18,132.28 |
| 01/18/18 | 030006 | Credit First/CFNA | Final Distribution | | | 782.97 | 17,349.31 |

Page Subtotals 29,502.63 12,153.32

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-01791 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KHIO, JOHN | | Bank Name: | ASSOCIATED BANK |
| | KHIO, ROZA | | Account Number / CD #: | *******8036 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3747 | | | |
| For Period Ending: | 03/19/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181 | Claim 776.67<br>Interest 6.30 | 7100-900<br>7990-000 | | | |
| 01/18/18 | 030007 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO 63166-0108 | Final Distribution<br>(2-1) Account Number (last 4 digits):6413 | | | 3,903.03 | 13,446.28 |
| | | | Claim 3,871.63<br>Interest 31.40 | 7100-900<br>7990-000 | | | |
| 01/18/18 | 030008 | JOHN KHIO<br>ROZA KHIO<br>BLOOMINGDALE, IL 60108 | Final Distribution<br>Surplus Funds | 8200-002 | | 13,446.28 | 0.00 |
| * 02/12/18 | 030004 | Giagnorio & Robertelli<br>130 S. Bloomingdale Rd.<br>Bloomingdale, IL 60108 | Final Distribution<br>Check lost. Trustee to issue replacement. | 3210-603 | | -990.00 | 990.00 |
| 02/12/18 | 030009 | Giagnorio & Robertelli<br>130 S. Bloomingdale Rd.<br>Bloomingdale, IL 60108 | Final Distribution<br>Attorneys' Fees<br>Replacement check | 3210-600 | | 990.00 | 0.00 |

Page Subtotals 0.00 17,349.31

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 17-01791 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KHIO, JOHN | Bank Name: | ASSOCIATED BANK |
| | KHIO, ROZA | Account Number / CD #: | *******8036 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3747 | | |
| For Period Ending: | 03/19/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 29,502.63 | 29,502.63 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 29,502.63 | 29,502.63 | |
| | | | Less: Payments to Debtors | | | 13,446.28 | |
| | | | Net | | 29,502.63 | 16,056.35 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - ********8036 | | 29,502.63 | 16,056.35 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 29,502.63 | 16,056.35 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*